**Electronically Filed
Supreme Court
SCPR-25-0000628
23-OCT-2025
12:26 PM
Dkt. 8 OGP**

SCPR-25-0000628

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE AMY BROTHERS, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Intermediate Court of Appeals Chief Judge Nakasone,
assigned by reason of vacancy)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Amy Brothers (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), which the court construes as also seeking to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), the declarations submitted in support thereof, and Petitioner's declaration filed October 15, 2025, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g). Petitioner may file the affidavit pursuant to RSCH Rule 2.16(d) on or before December 5, 2025.

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 7213, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, October 23, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Karen T. Nakasone